Judge Hartfield                                              1:17cr153-8

I want to Thank you for taking the time to read this letter with hopes that you may help me with an issue that I previously encountered. I was assaulted by 6 individuals on 7-25-18 during my incarceration. The correction officers had taken me to medical and taking several pictures. The medical staff issued me tykenol twice a day for three days. The assault had disabled my back really bad. I had requested to press charges but I can't seem to get any help in doing so. I'm unable to lift anything or put stress on my back and my neck. I was told only the marshalls can help but I don't understand that if LaSalle staff refuses to help. I'm asking for your help please Judge. Also, want to bring to your attention that the name on my indictment is wrong. My name is Alex Cesar Alonso NOT Alexander Alonso Mascorro. If the government going to indict me, they should use my name correctly. It's causing me problems on the outside because I send my employers, bussiness, etc and the name is wrong, makes those people think I'm not incarcerated. I have a sick son that needs medical help and need proof I'm here so my wife may receive the help my family needs. Again, I thank you for taking the time to read my letter and hope to resolve these issues.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 10 2018
BY DEPUTY

Respectfully,
Alex

Fed# 276 27078

Alex Cesar Alonso
Jefferson County Downtown Jail
1001 Pearl St Suite 101
Beaumont Tx 77701



NORTH HOUSTON TX 773
06 AUG 2018 PM 6

Thad Hartfield
300 Willow st #249
Correspondence Beaumont Tx 77701

Inmate

77701-221752