
RECEIVED MAR 18 2019 By JC

Written January 6, 2019 / Sunday

On the subject of Prisoners Rights ([SUBSTANTIVE RIGHTS RETAINED BY PRISONERS], Right of Access to Courts): The Constitution guarantees prisoners the right of meaningful access to the courts. This right of access imposes an affirmative duty on prison officials to help inmates prepare and file legal papers, either by establishing an adequate law library or by providing adequate assistance from persons trained in the law. Prison officials are not required to provide both, as long as access to either is "meaningful." quoting: THE GEORGE TOWN LAW JOURNAL, FOURTY-SIXTH ANNUAL REVIEW OF CRIMINAL PROCEDURE 2017, 46 GEO, L.J. ANN. REV. CRIM. PROC. (2017).

Myself and countless others are reffused, ignored, and given excuses why we all aren't allowed to go to law library; countless I-60s and Grievences and requests have been sent to Captain Golberg, Mrs. Brazil, Mrs. Benoit, and Warden Lacey, yet only an average of 1 to 2 inmates in all of LaSalle are allowed to go 1 to 2 times a month and almost bi-monthly for under 1 hr, violative to our right of access to courts. See Bounds v. Smith, 430 U.S. 817, 828 (1977) (prisoners have fundamental constitutional right to adequate, effective, and meaningful access to courts to challenge violations of constitutional rights) See also Johnson v. Avery, 393 U.S. 483, 485 (1969) (prisoners' rights of access to courts may not be denied or ubstructed)

In result of almost completely foreclosed access to law library in combination of attorneys lack of effective assistance of counsel, nor I or others are given a chance at a fair trial, or mitigating factors to result in justifiable proceedings or outcomes. Myself and everyone here are left no other conclusion other than that this issue far beyond plain error is prejudicial and effects substancial rights: violative to constitutional rights.

These are the list of inmates who requested to go to the law library and I-60 forms to jail personnel that were refussed, ignored, given a excuse why they aren't allowed to go or rarely went at all.

Bounds v. Smith, 430 U.S. 817, 828 (1977)
Johnson v. Avery, 393 U.S. 483, 485 (1969)

| First name | Last name | Date | Federal No. | Attorney name | District attorney | Judge | house # | Signature |
|---|---|---|---|---|---|---|---|---|
| Otrick | Brandon | 1-7-19 | 2773802S | Joel Vasquez | Chris Tortorice | Crone | 2B-47 | [signed] |
| Alexander | Alonso M | 1-7-19 | 27627078 | Joel W Vasquez | Christopher Rapp | | 2B36 | [signed] |
| Joel | Vargas | 1-7-19 | 27945078 | Reynaldo P. Martin | Christopher Bistrice | Crane | 2B-42 | [signed] |
| KNOGGS | WILLS | 1-7-19 | 27741078 | MiKE KATT | MiCHELLE Nyland | CRONE | 2B-02 | [signed] |
| KATT | BUSSEY | 1-7-19 | 03786078 | | | CRONE | 2B-04 | [signed] |
| James | Fabela | 1-7-19 | 27912078 | Thomas Burbank | christopher Rapp | CRONE | 2B06 | [signed] |
| Cothey | McMurry | 1-7-19 | 28107078 | Tom Kelley | Christopher Rapp | CRONE | 2B-14 | [signed] |
| Jose de Jesus | Rocha Perez | 1-7-19 | 6A90106G | | C. RAPP | CRONE | 2B-41 | [signed] |
| Anthony | Worrell | 1-7-19 | 29220-179 | | C. RAPP | | 2B-40 | [signed] |
| Winfred | Ware | 1-8-19 | 2755307S | G. Gladden | Paul Hoble | Ron Clark | 2B-35 | [signed] |

PRESS FIRMLY TO SEAL | PRESS FIRMLY TO SEAL

PRIORITY MAIL ★

**PRIORITY MAIL ★**

UNITED STATES POSTAL SERVICE ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

DATE OF DELIVERY S

USPS TRACKING™ IN

INSURANCE INCLUD

PICKUP AVAILABLE

* Domestic only

EN USED INTERNATIONALLY,
CUSTOMS DECLARATION
ABEL MAY BE REQUIRED.

FROM:
Joel Vargas 27945078
1001 Pearl St Ste 101
Beaumont TX 77701

TO:
Honorable Marcia A. Crone
300 Willow St Ste 239
Beaumont TX 77701

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



---

U.S. POSTAGE
$10.40
PM 2-Day
78757 0004
Date of sale
03/14/19
06  2S  SSK
11486877

9117903141603111

# PRIORITY MAIL 2-Day®

EXPECTED DELIVERY DAY: 03/16/19        0004

SHIP TO:
Honorable Marcia A Crone
300 WILLOW ST
STE 239
BEAUMONT TX 77701-2200

C060

## USPS SIGNATURE TRACKING NUMBER

9510 8066 7421 9073 0879 13



RECEIVED
MAR 18 2019
By JC

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.